JS-6

1  Rakesh M. Amin (admitted pro hac vice)
   rakesh@amintalati.com
2  Ryan M. Kaiser (admitted pro hac vice)
   ryan@amintalati.com
3  AMIN TALATI, LLC
   225 N. Michigan Ave., Suite 700
4  Chicago, IL  60601
   (312) 466-1033
5  (312) 884-7352 (fax)

6  Darren S. Rimer (SBN 179,696)
   darren@rimermath.com
7  RIMER & MATHEWSON LLP
   27281 Las Ramblas, Suite 200
8  Mission Viejo, CA  92691
   (949) 367-1541
9  (949) 265-9010 (fax)

10 Attorneys for Plaintiff
   SUSTAINABLE SOURCING, LLC

11

12 Brian H. Newman SBN: 205373
   bnewman@dykema.com
13 **DYKEMA GOSSETT LLP**
   333 South Grand Avenue, Suite 2100
14 Los Angeles, California 90071
   Telephone:   (213) 457-1800
15 Facsimile:   (213) 457-1850

16 Attorneys for Defendant WBM, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE SOURCING, LLC, a Massachusetts limited liability company,<br><br>           Plaintiff,<br><br>     vs.<br><br>WBM, LLC, a New Jersey limited liability company,<br><br>           Defendant. | Case No. CV 10-6437 GAF (JCGx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, IT IS ORDERED that this action is dismissed with prejudice, with each party bearing its own costs and attorneys' fees incurred in this action.

IT IS FURTHER ORDERED that the Court shall maintain jurisdiction over this matter solely for the purpose of enforcing the Settlement Agreement executed by the parties, as well as any subsequent dispute that may arise between the parties relating to the Settlement Agreement.

IT IS SO ORDERED.

Dated: February 16, 2012

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE